IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40644
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GENE O. LINDSEY,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-57(2)
- - - - - - - - - - - -
June 27, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Gene O. Lindsey has filed a brief as required by *Anders v. California*, 396 U.S. 738 (1967), and we have independently reviewed the brief and record and found no nonfrivolous issue.[**]  Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.  *See*

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[**] Lindsey filed a motion for an extension of time to respond to counsel's *Anders* motion.  This response was granted; however, Lindsey did not file a response.

*United States v. Jackson*, 578 F.2d 1162, 1164 (5th Cir. 1978);

5TH CIR. R. 42.2.